**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| TYLER MICHAEL JOHNSON, | Civil No. 18-537 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

---

Stephanie M. Balmer, **FALSANI, BALMER, PETERSON & BALMER,** 1200 Alworth Building, 306 West Superior Street, Duluth, MN 55802, for plaintiff.

Kizuwanda Curtis, **SOCIAL SECURITY ADMINISTRATIONM** Office of the General Counsel, 1301 Young Street, Ste A702, Dallas, TX 75202, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 24, 2019 (Docket No. 15), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 11) is **DENIED**; and

2. Commissioner's Motion for Summary Judgment (Docket No. 13) is

   **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 20, 2019
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court